| AO-10 Rev. 1/93 | **FINANCIAL DISCLOSURE REPORT** | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SCHEINDLIN, SHIRA ANN | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK | August 1, 1994 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | X Nomination, Date 07/28/94 ___ Initial ___ Annual ___ Final | 1/1/93-7/15/94 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ |
|---|---|
| Herzfeld & Rubin P.C. 40 Wall Street New York, New York 10005 | Reviewing Officer Signature _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ NONE (No reportable positions)

| Director | Justice Resource Center |
|---|---|
| Director | New York County Lawyers Association |

See Attachment 1 for continuation of this response

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☐ NONE (No reportable agreements)

| April, 1994 | Shira Scheindlin and Herbert Rubin. Law firm usually pays a bonus for the calendar year at the end of the calendar year or at the beginning of the new calendar year. My 1994 bonus will be paid in that manner, even if I leave prior to the end of 1994. |
|---|---|

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|

☐ NONE (No reportable non-investment income)

| | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| 1 | Herzfeld & Rubin (1992) Legal Services | $ 302,188 |
| 2 | Herzfeld & Rubin (1993) Legal Services | $ 183,855 |
| 3 | Herzfeld & Rubin (1994) Legal Services | $ 201,666 |
| 4 | Budd Larner (1992) Legal Services | $ 54,000 |
| 5 | Brooklyn Law School (1992) Teaching | $ 7,200 |

See Attachment 1 for continuation of this response

Digitized by Google

ATTACHMENT 1

# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
Reform Act of 1989, Pub. L. No.
101-194, November 30, 1989
(5 U.S.C.A. App. 6, §§101-111)

AO-10
Rev. 1/93

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SCHEINDLIN, SHIRA ANN | | August 1, 1994 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) ___ Nomination, Date_____ ___ Initial ___ Annual ___ Final | 6. Reporting Period |
|---|---|---|

| 7. Chambers or Office Address | 6. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ____  Reviewing Officer Signature _____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed.* Complete all parts, checking the NONE box for each section where you have no reportable information. *Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ NONE (No reportable positions)

| Director | Federal Bar Foundation |
|---|---|
| Partner | Herzfeld & Rubin, P.C. |
| Partner | J&S Partner |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☐ NONE (No reportable agreements)

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1 | Brooklyn Law School (1993) Teaching | $ 900.00 |
| 2 | State of New York (1993) Teaching | $ 824.00 |
| 3 | State University of NY--Health ScienceCenter at Brooklyn | $ 8 |
| 4 | | $ |
| 5 | | $ |

☐ NONE (No reportable non-investment income)

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>SCHEINDLIN, SHIRA ANN | Date of Report<br>August 1, 1994 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements or gifts) | |
| EXEMPT | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts) | | |
| EXEMPT | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(D)" for separate liability of spouse, "(D)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities) | | |
| Hamilton Federal S&L | Mortgage (J) | M |
| Citicorp | Mortgage (J) | L |
| Chase Home Mortgage | Mortgage | M |
| | | |
| | ) | |
| | | |

* VALUE CODES: J = $15,000 or less     K = $15,001 to $50,000     L = $50,001 to $100,000     M = $100,001 to $250,000
N = $250,001 to $500,000     O = $500,001 to $1,000,000     P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>SCHEINDLIN, SHIRA ANN | Date of Report<br>August 1, 1994 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(Including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical (S) for separate ownership by self, (J) for joint ownership of reporting individual and spouse, (DC) for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy,sell,<br>merger,<br>redemp-<br>tion) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 124 Pacific St. Bklyn NY   J | E | Rent | O | W | EXEMPT | | | | | |
| 2 940 Waters Ave Aspen CO   J | E | Rent | M | W | | | | | | |
| 3 J&S Partners 54 Butler St Bklyn NY | E | Rent | M | W | | | | | | |
| 4 Teachers Insurance Annuity Association   S | | None | M | T | | | | | | |
| 5 College Retirement Equities Fund   S | | None | M | T | | | | | | |
| 6 Supplemental Retirement Annuities   S | | None | M | T | | | | | | |
| 7 Hersfeld & Rubin Pension Plan | | None | K | T | | | | | | |
| 8 IRA Dreyfus A-Bond Fund   S | | None | K | T | | | | | | |
| 9 Grunthal & Co IRA Account #214-24892 | | None | K | T | | | | | | |
| 10 Fidelity Trend Mutual Fund   S | A | Div | J | T | | | | | | |
| 11 Vanguard Int'l Mutual Fund   S | | None | J | T | | | | | | |
| 12 Dreyfus Liquid Asset Money Market Account   S | | None | J | T | | | | | | |
| 13 Smith Barney Common Value Stock Fund   S | | None | J | T | | | | | | |
| 14 Marion Merrell Dow Common Stock   S | B | Div | K | T | | | | | | |
| 15 Pfizer Common Stock   S | A | Div | K | T | | | | | | |
| 16 IBM Common Stock   S | A | Div | J | T | | | | | | |
| 17 Con Edison Common Stock   S | A | Div | J | T | | | | | | |
| 18 Morgan Stanley Preferred Stock   S | A | Div | J | T | | | | | | |
| 19 Oracle Common Stock   S | | None | J | T | | | | | | |
| 20 Brooklyn Federal S&L 16-10031-0   S | A | Int | J | T | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to $5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

ATTACHMENT 2

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>SCHEINDLIN, SHIRA ANN | Date of Report<br>August 1, 1994 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical (X) for spouse, (DC) for joint ownership of self and spouse, (DC) for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1 (A-H) | (2)<br>Type (e.g. div., rent, int.) | (1)<br>Value Code 2 (J-P) | (2)<br>Value Method Code 3 (Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date Month-Day | (3)<br>Value Code 2 (J-P) | (4)<br>Gain Code 1 (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Brooklyn Federal S&L 01-0000-89-1          S | A | Int | J | T | EXEMPT | | | | |
| 2 Chase Manhattan Bank 043-426352, Brooklyn, NY   J | A | Int | J | T | | | | | |
| 3 Chase Manhattan Bank 043-1-139898, Bklyn, NY   J | A | Int | J | T | | | | | |
| 4 Chase Manhattan Bank 043-1-149780, Bklyn, NY   J | A | Int | J | T | | | | | |
| 5 Chase Manhattan Bank 043-1-191262, Bklyn, NY   J | A | Int | J | T | | | | | |
| 6 Triborough Bridge & Tunnel Authority Bond          J | A | Int | None | | | | | | |
| 7 Chase Manhattan Bank 043-405190, Bklyn, NY | B | Int | J | T | | | | | |
| 8 Chase Manhattan Bank 043-1-131143, Bklyn, NY | A | Int | J | T | | | | | |
| 9 Albany County Shopping Mall Bond | A | Int | K | T | | | | | |
| 10 NYS Local Gov't Bond Ser E | B | Int | B | T | | | | | |
| 11 Nassau Cty Ser H Bond | A | Int | K | T | | | | | |
| 12 NYS Local Gov't Ser D Bond | A | Int | J | T | | | | | |
| 13 NYS Med Care Agcy Bond | B | Int | K | T | | | | | |
| 14 MAC Ser 57 Bond | A | Int | J | T | | | | | |
| 15 MAC Ser 57 OID Bond | B | Int | K | T | | | | | |
| 16 NYS Dormitory Bond | B | Int | K | T | | | | | |
| 17 NYS Med Care Bond | A | Int | J | T | | | | | |
| 18 NY City GO Ser A Bond | D | Int | K | T | | | | | |
| 19 TriBoro Bridge & Tunnel Bond | A | Int | K | T | | | | | |
| 20 NYS HFA Bond | A | Int | None | | | | | | |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to $5,000  D=$5,001 to $15,000
  (See Col. B1 & D4)  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000
2 Value Codes:  J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000
  (See Col. C1 & D3)  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000
3 Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
  (See Col. C2)  U=Book Value  V=Other  W=Estimated

(SEE ATTACHMENT 2a FOR CONTINUATION OF THIS RESPONSE.)

Digitized by Google

ATTACHMENT 2a

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>SCHEINDLIN, SHIRA ANN | Date of Report<br>August 1, 1994 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(Including trust assets)<br><br>Indicate, where applicable, owner of the asset by the parenthetical "(X)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | If not exempt from disclosure | | | |
| | (1)<br>Amount<br>Code<br>(1-2) | (2)<br>Type (e.g. div., rent, Int.) | (1)<br>Value Code<br>(3-5) | (2)<br>Value Method (6-9) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date: Month-Day | (3)<br>Value Code (3-5) | (4)<br>Gain Code (1-5) | (5)<br>Identity of buyer/seller (if private transaction) | |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | | |
| NY City GO Ser A Bond | A | Int | None | | | | | | | |
| Countrywide Mtge Common Stock | A | Div | None | | | | | | | |
| Embrex Inc. Common Stock | | None | J | T | | | | | | |
| First Pacific Networks Common Stock | | None | None | | | | | | | |
| Sciclone Pharmaceutical Common Stock | | None | J | T | | | | | | |
| YCM Pharmaceutical Common Stock | | None | None | | | | | | | |
| Chris Craft Ind Common Stock | A | Div | K | T | | | | | | |
| Continental Savings of America Common Stock | | None | J | T | | | | | | |
| Cray Computer Common Stock | | None | J | T | | | | | | |
| First Pacific Networks Common Stock | | None | J | T | | | | | | |
| Micronics Computer Common Stock | | None | J | T | | | | | | |
| Nicholas Applegate Mutual Fund | A | Div | J | T | | | | | | |
| NY Tax Exempt Income Fund Bond Fund | A | Int | J | T | | | | | | |
| Nuveen NY Investment Bond Fund | A | Int | J | T | | | | | | |
| Templeton Emerging Mutual Fund | A | Div | J | T | | | | | | |
| IRA Tiger Ser 18 Bond | | None | J | T | | | | | | |
| IRA CATS Ser J Bond | | None | J | T | | | | | | |
| IRA CATS Ser T Bond | | None | J | T | | | | | | |
| IRA US Treasury Strip Bond | | None | J | T | | | | | | |
| IRA US Treasury Strip Bond | | None | J | T | | | | | | |

| 1 Income/Gain Codes: | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| (See Col. B1 & D4) | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| (See Col. C1 & D3) | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| (See Col. C2) | U=Book Value | V=Other | W=Estimated | |

(SEE ATTACHMENT 2b FOR CONTINUATION OF THIS RESPONSE.)

Digitized by Google

ATTACHMENT 2b

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | SCHEINDLIN, SHIRA ANN | August 1, 1994 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code (J-P) | (2) Value Method (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month, Day | (3) Value (J-P) | (4) Gain (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 IRA US Treasury Strip Bond | None | J | T | | | | | | | |
| 2 IRA Global Privatization Fund Common Stock | None | J | T | | | | | | | |
| 3 IRA Micronics Computers Common Stock | None | J | T | | | | | | | |
| 4 IRA SPI Pharmaceutical Common Stock | None | J | T | | | | | | | |
| 5 IRA Countrywide Mortgage Common Stock | None | J | T | | | | | | | |
| 6 IRA IVAX Pharmaceutical Common Stock | None | None | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 0 | | | | | | | | | | |
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 0 | | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | B=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting SCHEINDLIN, SHIRA ANN | Date of Report August 1, 1994 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

## FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

AS OF MAY, 1994

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks *Schedule A* | 84,437.75 | Notes payable to banks–secured | NONE |
| U.S. Government securities–add schedule | NONE | Notes payable to banks –unsecured | NONE |
| Listed securities–add schedule *Schedule B* | 415,905.00 | Notes payable to relatives | NONE |
| Unlisted securities–add schedule | NONE | Notes payable to others | NONE |
| Accounts and notes receivable: | NONE | Accounts and bills due | NONE |
| Due from relatives and friends | | Unpaid income tax | NONE |
| Due from others | . | Other unpaid tax and interest | NONE |
| Doubtful | | Real estate mortgages payable–add schedule *Schedule E* | 534,281.37 |
| Real estate owned–add schedule *Schedule C* | 1,390,000.00 | Chattel mortgages and other liens payable | NONE |
| Real estate mortgages receivable | NONE | Other debts–itemize: | NONE |
| Autos and other personal property | 5,000 | | |
| Cash value–life insurance | NONE | | |
| Other assets–itemize: | | | |
| Furniture/personal assets | 45,000 | | . |
| Retirement Plans *Schedule D* | 870,547.78 | | |
| | | Total liabilities | 534,281.37 |
| | | Net Worth | 2,276,609.16 |
| Total Assets | $2,810,890.53 | Total liabilities and net worth | 2,810,890.53 |
| CONTINGENT LIABILITIES | | GENERAL INFORMATION | |
| As endorser, comaker or guarantor | NONE | Are any assets pledged? (Add schedule.) | NO |
| On leases or contracts | NONE | Are you defendant in any suits or legal actions? | NO |
| Legal Claims | NONE | Have you ever taken bankruptcy? | NO |
| Provision for Federal Income Tax | NONE | | |
| Other special debt | NONE | | |

Digitized by Google